IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CUONG PHAM, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF PHILADELPHIA, et al., | : | NO. 17-5417 |
|     Respondents. | : | |

## **ORDER**

AND NOW, this 20th day of December, 2017, for the reasons set forth in the Memorandum filed this date, IT IS HEREBY ORDERED that, on or before January 19, 2018, Petitioner SHALL PROVIDE the Court with responses to the "Interrogatories" attached to this Order concerning whether he was "in custody pursuant to the judgment of a State court" (28 U.S.C. § 2254(a)) when he filed his habeas petition in this Court on December 4, 2017.

Failure to respond may result in dismissal of the petition.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CUONG PHAM, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF PHILADELPHIA, et al., | : | NO. 17-5417 |
|     Respondents. | : | |

**INTERROGATORIES ADDRESSED TO PETITIONER CUONG PHAM**

1. State the period(s) of time in which you were incarcerated (held in a jail or prison) for the charges in Case No. CP-51-CR-0014307-2011:

    Dates of detention: _____ to _____

    Facility name or location: _____

    *If more than one period of detention, please provide information for each.*

2. Have you ever been supervised by a probation or parole officer because of your conviction in Case No. CP-51-CR-0014307-2011? For example, have you been required to report to a probation or parole officer because of your conviction in this case?

    ☐ Yes

    ☐ No

3. If you answered *Yes* to Question 2 above, please state the period(s) of time in which you were under probation or parole supervision for the charges in Case No. CP-51-CR-0014307-2011:

   Dates of supervision: _____ to _____

   Name, agency, and contact information for supervisor:

   _____

   _____

   _____

   *If more than one period of supervision, please provide information for each.*

4. Were you under parole or probation supervision because of your conviction in Case No. CP-51-CR-0014307-2011 *on December 4, 2017, the date you filed your habeas petition in federal court?*

   ☐ Yes

   ☐ No

5. Is there any other information you wish to provide the Court regarding your custody status?  Please provide below or on a separate sheet of paper.




Signed:  _____     Date: _____
        CUONG PHAM