IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CUONG PHAM, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 17-5417 |
| | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF PHILADELPHIA, et al., | : | |
| Respondents. | : | |

# ORDER

This 16th day of February, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. ' 2254, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and Petitioner's objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

      /s/ Gerald Austin McHugh
United States District Judge